# Third District Court of Appeal

## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1117
Lower Tribunal No. 13-783 CC
_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Central Therapy Center, Inc.,
a/a/o Daniel M. Yanes Saavedra**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Michael J. Neimand, for appellant.

Corredor & Husseini, P.A., and Maria E. Corredor; David B. Pakula, P.A., and David B. Pakula (Pembroke Pines), for appellee.

Before LINDSEY, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.